UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN PANIAGUA AND § <br> JUAN GABRIEL YBARRA § <br> § <br> VS. § <br> § <br> § <br> UNITED STATES OF AMERICA § | CASE NO. 5:18-CV-00761 |

**COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

John Paniagua and Juan Gabriel Ybarra, by counsel, file their Complaint against the Defendant, the United States of America, state as follows:

**INTRODUCTION**

1. This is an action against the Defendant, the United States of America, under the Federal Tort Claims Act, (28 U.S.C. §2671, *et seq.* and 28 U.S.C. §1374 (b)(c)), for negligence by an employee of the United States Postal Service, while in the course and scope of employment for the government.

2. The claims herein are brought against the Defendant pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq) and 28 U.S. C. §1346(b)(1), for money damages as compensation for personal injuries caused by Defendant's negligence.

3. Plaintiffs have fully complied with the provisions of 28 U.S.C § 2675 of the Federal Tort Claims Act. (Standard Form 95 attached as Exhibit #1.)

4. This suit has been timely filed, in that Plaintiffs timely presented notice of their claim to Defendant and per 28 U.S.C. §2675(a), Plaintiffs have determined the claim denied because Defendant has not settled nor denied the claim after six months of presentment.

**PARTIES, JURISDICTION AND VENUE**

5. Plaintiffs at all times relevant, were residents of Bexar County, Texas.

6.      Defendant, the United States of America, through its agency, United State Postal Service, operates a facility located in San Antonio, Bexar County, Texas. Defendant may be served with process by serving the Assistant U.S. Attorney and the Attorney General of the United States by certified mail, to the following addresses:

| | |
|---|---|
| U.S. Attorney for the District of Texas<br>Attention: Civil Process Clerk<br>601 NW Loop 410, Suite 600<br>San Antonio, Texas 78216 | Attorney General of the United States<br>Department of Justice<br>10th & Constitution Avenue, NW, Room 511<br>Washington, D.C.  20530 |

7.      Defendant United States Postal Service, including its employees, agents, and staff at the United States Postal Service are hereinafter collectively referred to as Defendant.

8.      At all times relevant to this Complaint, United States Postal Service driver Barbara Rush was employed by and/or acting on behalf of the Defendant and was in the course and scope of employment of Defendant. Furthermore, the Defendant is responsible for the negligent acts of its employees and agents under <u>respondeat superior</u>.

9.      Venue is proper under 28 U.S.C. §1402(b) in that all, or a substantial part of the acts and omissions forming the basis of Plaintiffs' claims occured in the Western District of Texas, in San Antonio, Bexar County, Texas.

10.     The actions or omissions by federal employee described below constitute the tort of negligence under the laws of the State of Texas.

**FACTS OF COMPLAINT**

11.     On or about May 19, 2016, Plaintiff John Paniagua was a operating a motor vehicle in a reasonably prudent manner, exercising ordinary care for his safety, when Plaintiff was involved in a collision with a vehicle operated by Defendant. The collision, which was proximately caused by said Defendant's negligence, occurred in San Antonio, Bexar County, Texas as follows:

Plaintiffs were traveling on the 100 block of West Byrd near Highway 281. The collision

occurred when Defendant, who was exiting a private driveway, failed to yield the right of way to Plaintiffs and collided with Plaintiffs' vehicle.

12. At the time and on the occasion in question, and immediately prior thereto, Defendant was guilty of negligence, including the following, which negligence was a proximate cause of the occurrence in question and the damages suffered by Plaintiff:

    A.    In failing to keep a proper lookout;

    B.    In failing to yield the right of way to traffic; and

    C.    In failing to make a proper application of the brakes.

13. As a result of the occurrence made the basis of this lawsuit, Plaintiff John Paniagua was caused to suffer bodily injuries to his lower back, neck, and body in general. Some of such injuries are, in reasonable probability, permanent in nature. Plaintiff Juan Gabriel Ybarra was caused to suffer bodily injuries to his lower back, head, neck, and body in general. Some of such injuries are, in reasonable probability, permanent in nature. Plaintiffs have been physically impaired and, in reasonable probability, will be physically impaired in the future. Plaintiffs have suffered physical pain and mental anguish in the past and will, in reasonable probability, continue to suffer the same in the future. Plaintiffs have incurred reasonable and necessary medical expenses in the past and will, in reasonable probability, incur such expenses in the future. Plaintiff Juan Gabriel Ybarra has suffered a loss of earnings in the past and, in reasonable probability, will suffer a loss of earning capacity in the future. The damages are within the Court's jurisdictional limits.

WHEREFORE, Plaintiffs pray the Defendant be duly cited to appear and answer herein and that upon a final hearing hereon, Plaintiffs have and recover judgment for damages against Defendant in an amount with the Court's jurisdictional limits, along with such other relief to which Plaintiffs are justly entitled.

Respectfully submitted,

LAW OFFICES OF BEER & KING, P.C.,
Wells Fargo Bank Building, Suite 303
750 East Mulberry Avenue
San Antonio, Texas  78212-3154
Tel:  (210) 733-6555
Fax: (210) 733-6552
bbeer@beerkinglaw.com

By: _____
Barry H. Beer
Bar No. 02040800
Attorney for Plaintiffs