UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOHN PANIAGUA and<br>JUAN GABRIEL YBARRA,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Case No. 5:18-cv-761-RCL |

# JUDGMENT

The Court tried this action without a jury and made its findings of facts and conclusions of law. ECF No. 58. In accordance with those findings and conclusions, the Court renders this judgment.

It is **ORDERED** that plaintiff John Paniagua shall recover from the defendant, the United States, the sum of $268,462.08, and that plaintiff John Gabriel Ybarra shall recover from the defendant, the United States, the sum of $214,430.64. No prejudgment interest is permitted. 28 U.S.C. § 2674.

It is further **ORDERED** that each plaintiff shall also recover from the defendant, the United States, his costs. 28 U.S.C. § 2142(a)(1); Fed. R. Civ. P. 54(d)(1).

**IT IS SO ORDERED.**

Date: 5/13/21

Royce C. Lamberth
United States District Judge