FILED
January 10, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BC_____
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOHN PANIAGUA and
JUAN GABRIEL YBARRA,

    *Plaintiffs,*

v.

UNITED STATES OF AMERICA,

    *Defendant.*

Case No. 5:18-cv-761-RCL

## AMENDED JUDGMENT

The Court tried this action without a jury and made its findings of facts and conclusions of law. ECF No. 58. In accordance with those findings, conclusions, and the memorandum opinion and order issued this date, the Court renders this amended judgment.

It is **ORDERED** that plaintiff John Paniagua shall recover from the defendant, the United States, the sum of $268,462.08, and that plaintiff John Gabriel Ybarra shall recover from the defendant, the United States, the sum of $204,563.91. No prejudgment interest is permitted. 28 U.S.C. § 2674.

It is further **ORDERED** that each plaintiff shall also recover from the defendant, the United States, his costs. 28 U.S.C. § 2412(a)(1); Fed. R. Civ. P. 54(d)(1).

It is **SO ORDERED**.

Date: January 10, 2022

                                                                                      Royce C. Lamberth
                                                                                      United States District Judge